IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2013

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. B—13—472 |
| | § | |
| Celso Torres-Negrete | § | |

## ORDER

BE IT REMEMBERED on this 15th day of August, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 30, 2013, wherein the defendant Celso Torres-Negrete waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Celso Torres-Negrete to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Celso Torres-Negrete guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b)(1).

SIGNED this the 15th day of August, 2013.

Hilda G. Tagle
Senior United States District Judge